File No. 09415

# APPRAISAL OF



Row Style Residence

## LOCATED AT:

7109 Phoebe Place
Philadelphia, PA 9153

## FOR:

Sheila Mohammad
7109 Phoebe Place
Philadelphia, PA, 19153

## BORROWER:

Sheila Mohammad

## AS OF:

November 17, 2020

## BY:

Peter M Trent
Trent Appraisal Associates

File No. 09415

November 17, 2010

Sheila
Sheila Mohammad
7109 Phoebe Place
Philadelphia, PA, 19153

File Number:   09415

Dear Sheila:

In accordance with your request, I have appraised the real property at:

7109 Phoebe Place
Philadelphia, PA 9153

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   November 17, 2020                            is:

$60,000
Sixty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Sincerely,

Peter M Trent
Trent Appraisal Associates

# Uniform Residential Appraisal Report

File No. 09415

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 7109 Phoebe Place | City Philadelphia    State PA    Zip Code 9153 |
| Borrower Sheila Mohammad | Owner of Public Record Sheila Mohammad    County Philadelphia |
| Legal Description Document 52543455 | |

Assessor's Parcel # 406646400 in Philadelphia County    Tax Year 2019    R.E. Taxes $ 1,943

Neighborhood Name Southwest Philadelphia    Map Reference 8187A1    Census Tract 0060.00

Occupant [X] Owner [ ] Tenant [ ] Vacant    Special Assessments $ 0    [ ] PUD    HOA $ 0    [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Market Value

Lender/Client Sheila Mohammad    Address 7109 Phoebe Place, Philadelphia, PA 19153

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). According to the Bright MLS Service the subject has not been offered for sale in the last year.

**CONTRACT**

I [ ] did [ ] did not analyze the contract for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract 11/17/2020    Is the property seller the owner of public record? [ ] Yes [ ] No    Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | | | Property Values [X] Increasing [ ] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 80 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | 40 Low | 0 | Multi-Family | 5 % |
| Neighborhood Boundaries Woodland Avenue on the North, 67th Street on the East, S 75th Street | | | | | | 300 High | 100 | Commercial | 5 % |
| on the South and Island Avenue on the West. | | | | | | 90 Pred. | 60 | Other Vacant | 5 % |

Neighborhood Description The subject is in an urban neighborhood of similar style and age housing. It is close to schools, shopping and areas of recreational opportunity. It is close to public transportation leading to Center City Philadelphia, the area's main employment and cultural center.

Market Conditions (including support for the above conclusions) Please see that attached Market Conditions Analysis.

**SITE**

Dimensions 20 x 90    Area 1796 sf    Shape Rectangular    View N;Res;

Specific Zoning Classification RM1    Zoning Description Residential

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Macadam | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map # 4207570186H    FEMA Map Date 11/18/2015

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe. There were no adverse factors noted during my inspection.

**IMPROVEMENTS**

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | | INTERIOR materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [ ] Crawl Space | | Foundation Walls Brick/Avg | | Floors HW/WW/Poor | |
| # of Stories 2 | | [X] Full Basement [ ] Partial Basement | | Exterior Walls Brick/Avg | | Walls DW/Fair | |
| Type [ ] Det. [X] Att. [ ] S-Det./End Unit | | Basement Area 493 sq. ft. | | Roof Surface Membrane/Avg | | Trim/Finish Wood/Fair | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Aluminum | | Bath Floor Ceramic/Fair | |
| Design (Style) Row | | [X] Outside Entry/Exit [ ] Sump Pump | | Window Type DblHUng/Avg | | Bath Wainscot Insert/Avg | |
| Year Built 1965 | | Evidence of [ ] Infestation | | Storm Sash/Insulated Yes/Avg | | Car Storage [X] None | |
| Effective Age (Yrs) 25 | | [ ] Dampness [ ] Settlement | | Screens Yes/Avg | | [ ] Driveway # of Cars 0 | |
| Attic [X] None | | Heating [ ] FWA [ ] HWBB [ ] Radiant | | Amenities [ ] WoodStove(s) #0 | | Driveway Surface | |
| [ ] Drop Stair [ ] Stairs | | [ ] Other Fuel Gas | | [ ] Fireplace(s) # 0 [ ] Fence None | | [ ] Garage # of Cars 0 | |
| [ ] Floor [ ] Scuttle | | Cooling [ ] Central Air Conditioning | | [X] Patio/Deck Patio [ ] Porch None | | [ ] Carport # of Cars 0 | |
| [ ] Finished [ ] Heated | | [X] Individual [ ] Other | | [ ] Pool None [ ] Other None | | [ ] Att. [ ] Det. [ ] Built-in | |

Appliances [ ] Refrigerator [ ] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains:    6 Rooms    3 Bedrooms    1.0 Bath(s)    1,360 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) The subject has not been well maintained and updated and is rated to be in Fair (C5) market condition. There is evidence of severe water damage and mold. An expert should be hired to recommend treatment.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.) C5;No updates in the prior 15 years;The property's condition is typical for the effective age noted. Its accrued depreciation is developed from this effective age. The property has been upgraded and there is no functional depreciation. There was no external obsolescence noted.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No If Yes, describe. There were physical deficiencies and adverse conditions noted during my inspection thatr would effect the livability, soundness or structural integrity of the subject.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe. The subject conforms to its neighborhood in style, age and quality of construction.

# Uniform Residential Appraisal Report

File No. 09415

There are __9__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ __40,000__ to $ __300,000__ .

There are __57__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ __40,000__ to $ __300,000__ .

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7109 Phobia Place | 7371 Theodore Street | | 2625 S 71st Street | | 2522 S Holbrook Street | |
| | Philadelphia, PA 9153 | Philadelphia, PA 19153 | | Philadelphia, PA 19142 | | Philadelphia, PA 19142 | |
| Proximity to Subject | | 0.47 miles NW | | 0.30 miles NW | | 0.43 miles NW | |
| Sale Price | $ | | $ 60,000 | | $ 55,000 | | $ 60,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 53.57 sq. ft. | | $ 55.44 sq. ft. | | $ 54.55 sq. ft. | |
| Data Source(s) | | MLS #PAPH870814;DOM 15 | | MLS #PAPH886950;DOM 44 | | MLS #PAPH911712;DOM 5 | |
| Verification Source(s) | | Assessor/Exterior Inspection | | Assessor/Exterior Inspection | | Assessor/Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | 0 | Cash;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s04/20;c02/20 | 0 | s06/20;c05/20 | 0 | s08/20;c07/20 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1796 sf | 1120 sf | 0 | 1157 sf | 0 | 845 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | AT2;Row | AT2;Row | | AT2;Row | | AT2;Row | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 55 | 95 | 0 | 104 | 0 | 95 | 0 |
| Condition | C5 | C4 | -6,000 | C4 | -6,000 | C5 | |
| Above Grade | Total 6 Bdrms. 3 Baths 1.0 | Total 6 Bdrms. 3 Baths 1.0 | | Total 6 Bdrms. 3 Baths 1.0 | | Total 5 Bdrms. 2 Baths 1.0 | +3,000 |
| Room Count | | | | | | | |
| Gross Living Area | 1,360 sq. ft. 15 | 1,120 sq. ft. | 3,600 | 992 sq. ft. | 5,500 | 1,100 sq. ft. | 3,900 |
| Basement & Finished | 680sf200sfwo | 560sf0sfwu | 0 | 496sf0sfin | 0 | 550sf0sfin | 0 |
| Rooms Below Grade | 1rr0br0.1ba0o | | +2,000 | | +2,000 | | +2,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GHA/Window | GHW/Window | 0 | GHW/Window | | GHW/Window | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Patio | Patio | | None | +500 | Porch | 0 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 400 | ☒ + ☐ - | $ 2,000 | ☒ + ☐ - | $ 8,900 |
| Adjusted Sale Price | | Net Adj. -0.7% | | Net Adj. 3.6% | | Net Adj. 14.8% | |
| of Comparables | | Gross Adj. 19.3% | 59,600 | Gross Adj. 25.5% | 57,000 | Gross Adj. 14.8% | 68,900 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) __Assessor__

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) __Assessor__

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/26/2012 | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    The sales histories of the comparable properties are irrelevant to this assignment.

Summary of Sales Comparison Approach. __See Attached Addendum__

Indicated Value by Sales Comparison Approach $ __60,000__

Indicated Value by: Sales Comparison Approach $ __60,000__    Cost Approach (if developed) $    Income Approach (if developed) $

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ __60,000__ as of __11/17/2020__ , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005         UAD Version 9/2011         Produced using ACI software. 800.234.8727 www.aciweb.com         Fannie Mae Form 1004 March 2005
Page 2 of 6         1004_05UAD 12182015

Trent Appraisal Associates

## Uniform Residential Appraisal Report

File No. 09415

**Clarification of Intended Use and Intended User:**

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

My opinion of a reasonable exposure time to attain the estimated market value is 90 days.

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within a three-year period immediately preceding acceptance of this assignment.

The quality and condition ratings for the subject and the comparables are based upon my personal inspection of the subject, my interpretation of the photos and comments for comparable sales from the MLS, and how they compare with the subject. The appraiser is not privy to and does not have access or knowledge of quality and condition ratings from other appraiser peers for the same comparables utilized. The adjustments made by the appraiser are market derived and based on one or more of the following: the typical buyer's reaction in the market, appraiser expertise in the market, surveying professionals in the market, and/or pairing sales within the report and the market.

At the time of the effective date of this report, the country, state and subject market area is in the middle of the COVID-19 pandemic. The estimate of value is a result of closed sales data and current active/pending data in the subject's marketing area. As of the effective date of the appraisal, the length of time the pandemic will last and any potential effects on the economy, housing prices, and the marketability of homes is unknown. This appraisal report and estimate of value is based on the current market data available to the appraiser.

The mold problem should be addressed soon. It is a health hazard.

*(left vertical label: ADDITIONAL COMMENTS)*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | |
| Source of cost data | Dwelling  1,360  Sq. Ft. @ $ . . . . . . . . . . . . = $ | 0 |
| Quality rating from cost service          Effective date of cost data | Bsmt: 493  Sq. Ft. @ $ . . . . . . . . . . . . = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport  187  Sq. Ft. @ $ . . . . . . . . . . . . = $ | 0 |
| | Total Estimate of Cost-New . . . . . . . . . . . . = $ | 0 |
| | Less  50  Physical   Functional   External | |
| | Depreciation = $ ( | 0) |
| | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 0 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . = $ | |
| Estimated Remaining Economic Life (HUD and VA only)  25  Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . . . = $ | |

*(left vertical label: COST APPROACH)*

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $                          X Gross Rent Multiplier                    = $                       Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

*(left vertical label: INCOME)*

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes  ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of an existing building(s) into a PUD?   ☐ Yes  ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes  ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes  ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

*(left vertical label: PUD INFORMATION)*

## Uniform Residential Appraisal Report

File No. 09415

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.   The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.   The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.   The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.   The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.   The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File No. 09415

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1.   I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2.   I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3.   I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.   I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5.   I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.   I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7.   I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8.   I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9.   I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10.  I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11.  I have knowledge and experience in appraising this type of property in this market area.

12.  I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13.  I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14.  I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15.  I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16.  I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17.  I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18.  My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19.  I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20.  I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

## Uniform Residential Appraisal Report

File No. 09415

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if  a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Peter M Trent (signature)_ | Signature _____ |
| Name Peter M Trent | Name _____ |
| Company Name Trent Appraisal Associates | Company Name _____ |
| Company Address 12 Windsor Circle | Company Address _____ |
| Wayne, PA 19087 | _____ |
| Telephone Number _____ | Telephone Number _____ |
| Email Address _____ | Email Address _____ |
| Date of Signature and Report 11/17/2020 | Date of Signature _____ |
| Effective Date of Appraisal 11/17/2020 | State Certification # _____ |
| State Certification # RL-003004-R | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State PA | |
| Expiration Date of Certification or License 06/30/2021 | |

ADDRESS OF PROPERTY APPRAISED
7109 Phoebe Place
Philadelphia, PA  9153

APPRAISED VALUE OF SUBJECT PROPERTY $ 60,000

LENDER/CLIENT
Name Shield
Company Name Sheila Mohammad
Company Address 7109 Phoebe Place
Philadelphia, PA 19153
Email Address _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection _____
☐ Did inspect interior and exterior of subject property
  Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection _____

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aclweb.com
Page 6 of 6          Fannie Mae Form 1004 March 2005
1004_05UAD 12182015

Trent Appraisal Associates

# Uniform Appraisal Dataset Definitions

File No. 09415

## Condition Ratings and Definitions

**C1**    The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**    The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**    The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**    The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**    The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**    The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

**Q1**    Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**    Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**    Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**    Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**    Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**    Dwellings with this quality rating are of basic quality and lower cost: some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

### Updated

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following:  replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period.  Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

## Uniform Appraisal Dataset Definitions

File No. 09415

### Abbreviations Used in Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| ac | Acres | Area, Site | in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| AdjPrk | Adjacent to Park | Location | Lndfl | Landfill | Location |
| AdjPwr | Adjacent to Power Lines | Location | LtdSght | Limited Sight | View |
| A | Adverse | Location & View | Listing | Listing | Sale or Financing Concessions |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | MR | Mid-Rise Structure | Design(Style) |
| AT | Attached Structure | Design(Style) | Mtn | Mountain View | View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | N | Neutral | Location & View |
| br | Bedroom | Basement & Finished Rooms Below Grade | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| B | Beneficial | Location & View | op | Open | Garage/Carport |
| BsyRd | Busy Road | Location | o | Other | Basement & Finished Rooms Below Grade |
| cp | Carport | Garage/Carport | O | Other | Design(Style) |
| Cash | Cash | Sale or Financing Concessions | Prk | Park View | View |
| CtySky | City View Skyline View | View | Pstrl | Pastoral View | View |
| CtyStr | City Street View | View | PwrLn | Power Lines | View |
| Comm | Commercial Influence | Location | PubTrn | Public Transportation | Location |
| c | Contracted Date | Date of Sale/Time | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Conv | Conventional | Sale or Financing Concessions | Relo | Relocation Sale | Sale or Financing Concessions |
| cv | Covered | Garage/Carport | REO | REO Sale | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | Res | Residential | Location & View |
| DOM | Days On Market | Data Sources | RT | Row or Townhouse | Design(Style) |
| DT | Detached Structure | Design(Style) | RH | Rural Housing - USDA | Sale or Financing Concessions |
| dw | Driveway | Garage/Carport | SD | Semi-detached Structure | Design(Style) |
| Estate | Estate Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| e | Expiration Date | Date of Sale/Time | Short | Short Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions | sf | Square Feet | Area, Site, Basement |
| g | Garage | Garage/Carport | sqm | Square Meters | Area, Site, Basement |
| ga | Garage - Attached | Garage/Carport | Unk | Unknown | Date of Sale/Time |
| gbi | Garage - Built-in | Garage/Carport | VA | Veterans Administration | Sale or Financing Concessions |
| gd | Garage - Detached | Garage/Carport | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| GR | Garden Structure | Design(Style) | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| GlfCse | Golf Course | Location | WtrFr | Water Frontage | Location |
| Glfvw | Golf Course View | View | Wtr | Water View | View |
| HR | High Rise Structure | Design(Style) | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| | | | | | |

| Borrower: Sheila Mohammad | | | File No.: 09415 |
|---|---|---|---|
| Property Address: 7109 Phoebe Place | | | Case No.: |
| City: Philadelphia | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | |

**Comments on Sales Comparison**

This is a real estate appraisal report.

The definition of Market Value is taken from Fannie Mae.

The Income Approach to Value was considered and eliminated because it is irrelevant to this assignment.

The client is Sheila Maohammad.

The purpose of this report is to estimate the market value of the subject as of the date of my inspection.

The appraisal date is 11/17/2020 and the effective date of the appraisal is 11/17/2020.

There are no hypothetical conditions used in the generation of this report.

The age of the subject and comparable sales have been obtained from the MLS and public records as well as the appraisers's experience and knowledge of the neighborhood.

Differences may exist between the MLS and public records. These differences have no impact on this report. The effective age and the condition rating are more relevant and given more weight than the actual age.

The scope of the work and the methods used in estimating the market value are typical of the methods used by my peers in developing a market value estimation.

The property is a single family residence and this use is also determined to be its highest and best use.

There were no departures from the Standards 1 and 7 of the USPAP.

All comparables were considered in determining a value estimate with most weight placed on Sale #1 because of its many similarities to the subject.

The subject is 16 miles from my office and I appraise properties in its marketing area on a normal basis.

Per the MC data developed for this report the market is active with level values and shorter marketing times.

The subject meets the local zoning codes according to public records. I have not secured a use and occupancy certificate from the local zoning office. No guarantee for accuracy is assumed by the appraiser. The subject has no apparent easements, encroachments, special assessments or other adverse condition.

There are no oil, mineral or gas leases.

From data developed for this report, it appears that the subject is not in a FEMA flood plain. I am not, however, a certified FEMA engineer and cannot make a professional flood plain determination. It is recommended that if there is any concern in this matter that a flood certification be obtained.

The adjustments made in this report are conservative numbers based on sampling of the typical prudent buyer in this marketed or by pairing the comparables within the report or paired sales analysis if identical properties exist. These adjustments are not a scientific qualified or quantified number.

Lot adjustments are not based on a set dollar amount per acre but rather what a prudent buyer would pay for the same in this marketplace. Adjustments are conservative based on market impact. Adjustments are not based on cost per acre or cost per square foot land sales.

The gross living area in this report is adjusted as $15 per square foot. Taken into consideration are building costs, price/gross living area, buyer preference,sales comparisons and discounting of the land value.

The appraisal was completed with all consideration given to the Sales Approach to Value. I believe that in this marketplace this is the most credible approach in determining market value. If the subject is 2 years old or older it is accepted in the appraisal industry that the Cost Approach to Value is not a reliable source of value determination because of the difficulty in arriving at a credible number for the accrued depreciation.

This appraisal has been signed digitally using the ACI software. It is acceptable by the ASB.

Utilities were on and all appliances were working at the time of my inspection.

There was no chattel or personal property considered in the development of this report.

# Market Conditions Addendum to the Appraisal Report

File No. 09415

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 7109 Phoebe Place   City Philadelphia   State PA   Zip Code 9153
Borrower Sheila Mohammad

Instructions:  The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below: if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 20 | 15 | 22 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 3.33 | 5.00 | 7.33 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 9 | 12 | 9 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.70 | 2.40 | 1.23 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 150,450 | 131,000 | 166,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 22 | 8 | 8 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 135,000 | 135,000 | 127,900 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 112 | 106 | 30 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96.64% | 100.00% | 100.00% | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
It is typical in the subject's marketing area for sellers to pay up to 3% of the contract price in sales concessions.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.  It is typical in the market of the subject for the buyer to receive up to 3% in sales concessions.
Market data is derived from Trend MLS and local assessors.  The information is usually reliable.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The Bright MLS system reports a balanced market in the subject market area with no change in values over the last year.

## CONDO / CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following:   Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.
N/A

Summarize the above trends and address the impact on the subject unit and project.  N/A

## APPRAISER

Signature
Name Peter M Trent
Company Name Trent Appraisal Associates
Company Address 12 Windsor Circle
Wayne, PA 19087
State License/Certification # RL-003004-R   State PA
Email Address ptrent46er@gmail.com

## SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address
State License/Certification #   State
Email Address

| Borrower: Sheila Mohammad | | File No.: 09415 | |
| Property Address: 7109 Phoebe Place | | Case No.: | |
| City: Philadelphia | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: November 17, 2020
Appraised Value: $ 60,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| | | |
|---|---|---|
| Borrower: Sheila Mohammad | | File No.: 09415 |
| Property Address: 7109 Phoebe Place | | Case No.: |
| City: Philadelphia | State: PA | Zip: 9153 |
| Lender: Sheila Mohammad | | |



Street Scene Looking North



Ceiling in Living Room



Dining Room

| | |
|---|---|
| Borrower: Sheila Mohammad | File No.: 09415 |
| Property Address: 7109 Phoebe Place | Case No.: |
| City: Philadelphia | State: PA    Zip: 9153 |
| Lender: Sheila Mohammad | |



Kitchen



Mold in Vent



Second Floor Water Damage

| Borrower: Sheila Mohammad | | File No.: 09415 |
|---|---|---|
| Property Address: 7109 Phoebe Place | | Case No.: |
| City: Philadelphia | State: PA | Zip: 9153 |
| Lender: Sheila Mohammad | | |



Water Damage in Bedroom



Mold and Water Damage



Bedroom with Mold and Water Damage

| | |
|---|---|
| Borrower: Sheila Mohammad | File No.: 09415 |
| Property Address: 7109 Phoebe Place | Case No.: |
| City: Philadelphia    State: PA | Zip: 9153 |
| Lender: Sheila Mohammad | |



Bedroom



Water Damage



Water Damage

| | |
|---|---|
| Borrower: Sheila Mohammad | File No.:   09415 |
| Property Address: 7109 Phoebe Place | Case No.: |
| City: Philadelphia | State: PA | Zip: 9153 |
| Lender: Sheila Mohammad | |



Water Damage



Mold in Bedroom



Mold in Bathroom

| Borrower: Sheila Mohammad | | File No.: 09415 | |
|---|---|---|---|
| Property Address: 7109 Phoebe Place | | Case No.: | |
| City: Philadelphia | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | |



Mold



Rear Yard



HW Furnace

| Borrower: Sheila Mohammad | | | File No.: 09415 | |
| Property Address: 7109 Phoebe Place | | | Case No.: | |
| City: Philadelphia | | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | | |



Basement Laundry



Basement .5 Bath



| Borrower: Sheila Mohammad | | File No.: 09415 |
|---|---|---|
| Property Address: 7109 Phoebe Place | | Case No.: |
| City: Philadelphia | State: PA | Zip: 9153 |
| Lender: Sheila Mohammad | | |



**COMPARABLE SALE #1**

7371 Theodore Street
Philadelphia, PA 19153
Sale Date: s04/20;c02/20
Sale Price: $ 60,000



**COMPARABLE SALE #2**

2625 S 71st Street
Philadelphia, PA 19142
Sale Date: s06/20;c05/20
Sale Price: $ 55,000



**COMPARABLE SALE #3**

2522 S Holbrook Street
Philadelphia, PA 19142
Sale Date: s08/20;c07/20
Sale Price: $ 60,000

### FLOORPLAN SKETCH

| Borrower: Sheila Mohammad | | File No.: 09415 |
|---|---|---|
| Property Address: 7109 Phoebe Place | | Case No.: |
| City: Philadelphia | State: PA | Zip: 9153 |
| Lender: Sheila Mohammad | | |





Sketch by Apex Sketch

| AREA CALCULATIONS SUMMARY | | | | | | AREA CALCULATIONS BREAKDOWN | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Factor | Net Size | Perimeter | Net Totals | Name | Base x | Height x | Width = | Area |
| GLA1 | First Floor | 1.0 | 680.0 | 108.0 | 680.0 | First Floor | | 34.0 x | 20.0 = | 680.0 |
| GLA2 | Second Floor | 1.0 | 680.0 | 108.0 | 680.0 | Second Floor | | 34.0 x | 20.0 = | 680.0 |
| BSMT | Finished BSMT | 1.0 | 441.9 | 120.0 | | | | | | |
| | Unfinished BSMT | 1.0 | 51.1 | 29.0 | 493.0 | | | | | |
| GAR | Garage | 1.0 | 187.0 | 56.0 | 187.0 | | | | | |
| | Net LIVABLE | | | (rounded) | 1,360 | 2 total items | | | (rounded) | 1,360 |

© Starcap Marketing, LLC. dba Apex Software

| Borrower: Sheila Mohammad | | File No.: 09415 | |
|---|---|---|---|
| Property Address: 7109 Phoebe Place | | Case No.: | |
| City: Philadelphia | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | |

| GROSS BUILDING AREA (GBA) | | | 1,360 |
|---|---|---|---|
| GROSS LIVING AREA (GLA) | | | 1,360 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 1,360 | | 100.00 |
| Level 1 | 680 | 50.00 | 50.00 |
| Level 2 | 680 | 50.00 | 50.00 |
| Level 3 | | | |
| Other | | | |
| | GBA | | |
| Basement | ☐ 493 | | |
| Garage | ☐ 187 | | |
| | ☐ | | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 6.00 x 0.03 x 2.00 = | | | 0.10 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 11.00 x 8.60 x 1.00 = | | | 94.60 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 17.00 x 11.40 x 1.00 = | | | 193.80 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 6.00 x 0.07 x 1.00 = | | | 0.39 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 17.00 x 9.00 x 1.00 = | | | 153.00 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 6.00 x 0.03 x 2.00 = | | | 0.10 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 8.50 x 6.00 x 1.00 = | | | 51.00 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 17.00 x 11.00 x 1.00 = | | | 187.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 34.00 x 20.00 x 1.00 = | | | 680.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 34.00 x 20.00 x 1.00 = | | | 680.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

LOCATION MAP

| | |
|---|---|
| Borrower: Sheila Mohammad | File No.: 09415 |
| Property Address: 7109 Phoebe Place | Case No.: |
| City: Philadelphia | State: PA    Zip: 9153 |
| Lender: Sheila Mohammad | |



Comparable Sale 3
2522 S Holbrook Street
Philadelphia, PA 19142
0.43 miles NW

Comparable Sale 2
2625 S 71st Street
Philadelphia, PA 19142
0.30 miles NW

Comparable Sale 1
7371 Theodore Street
Philadelphia, PA 19153
0.47 miles NW

Subject
7109 Phoebe Place
Philadelphia, PA 9153

Map data ©2020

**AERIAL MAP**

| Borrower: Sheila Mohammad | | File No.: 09415 | |
|---|---|---|---|
| Property Address: 7109 Phoebe Place | | Case No.: | |
| City: Philadelphia | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | |



Subject
7109 Phoebe Place
Philadelphia, PA 9153

FLOOD MAP

| Borrower: Sheila Mohammad | | File No.: 09415 | |
| Property Address: 7109 Phoebe Place | | Case No.: | |
| City: Philadelphia | State: PA | | Zip: 9153 |
| Lender: Sheila Mohammad | | | |



Subject
7109 PHOEBE PL
PHILADELPHIA, PA  19153



## FLOOD INFORMATION

Community: City of Philadelphia

Property is NOT in a FEMA Special Flood Hazard Area

Map Number: 4207570186H

Panel: 4207570186

Zone: X

Map Date: 11-18-2015

FIPS: 42101

Source: FEMA DFIRM

## LEGEND

= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

Road View:

= Forest

= Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

File No. 09415

********* **INVOICE** *********

File Number: 09415                                        11/17/2020

Sheila
Sheila Mohammad
7109 Phoebe Place
Philadelphia, PA 19153

Borrower :              Sheila Mohammad

Invoice # :             09415
Order Date :            11/09/2020
Reference/Case # :
PO Number :

7109 Phoebe Place
Philadelphia, PA 9153

| | | |
|---|---|---|
| Appraisal | $ | 375.00 |
| | $ | - - - - - - - - - - |
| Invoice Total | $ | 375.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | 375.00  ) |
| Deposit | ($ | ) |
| | | - - - - - - - - - - |
| Amount Due | $ | 0.00 |

Terms:   Paid in full - 11/17/2020

Please Make Check Payable To:

Peter M. Trent
12 Windsor Circle
Wayne, PA 19087

Fed. I.D. #:  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

Thank You



Subject Front View



Title



Subject Rear View



Subject Street Scene



Extra Photo 1



Extra Photo 2



Extra Photo 3



Extra Photo 1



Extra Photo 2



Extra Photo 3



Extra Photo 1



Extra Photo 2



Extra Photo 3



Extra Photo 1



Extra Photo 2



Extra Photo 3



Extra Photo 1



Extra Photo 2



Extra Photo 3



Extra Photo 1



Extra Photo 2



Extra Photo 3



Extra Photo 1



Extra Photo 2



Extra Photo 3



Sales Comp. 1



Sales Comp. 2



Sales Comp. 3



Location Map



Aerial Map



Flood Map

License Image

License Image