IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SHEILA MUHAMMAD, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-13931-mdc |
| | : | |
| | : | |

## ORDER

And Now this _____ February 18, 2021, upon consideration of Debtor Sheila Muhammad's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is granted, and that the value of the property is $60,000.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{00392902;v1}