**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sheila Muhammad　　　　　　　　　　　　CHAPTER 13

　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 20-13931 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ 

Rebecca Solarz
04 May 2021, 15:17:17, EDT

　　　　　　　KML Law Group, P.C.
　　　　　　　701 Market Street, Suite 5000
　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　(215) 627-1322

Document ID: 348147e328d8abc95f9cc7660a43e4a6dad9bbdd4b60ba67b794ace3fbea6a63