**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  SHEILA MUHAMMAD, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-13931-mdc |
| | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Plan, filed on 5/23/2021, upon the following individuals listed below, by electronic means and/or first-class mail on 5/24/2021.

William C. Miller,
Chapter 13 Trustee
1234 Market Street
Suite #1813
Philadelphia, PA 19107

Sheila Muhammad
7109 Phoebe Place
Philadelphia, PA 19153

                                                Respectfully Submitted,

                                                /s/ Michelle Lee
                                                Michelle Lee, Esquire
                                                Margolis Edelstein
                                                170 S Independence Mall W Ste 400E,
                                                Philadelphia, PA 19106