**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: SHEILA MUHAMMAD, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: **20-13931-mdc** |
| | : | |

**NOTICE FOR DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 4 AND LIEN**

Debtor Sheila Muhammad has filed an Objection to Proof of Claim No. 4 with this court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

You or your attorney must attend the hearing scheduled to be held **ON 6-29-21 10:30 AM**, VIA TELEPHONIC CONFERENCE, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 5/25/2021

/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W Ste 400E,
Philadelphia, PA 19106