IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHEILA MUHAMMAD, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-13931-mdc |
| | : | |
| | : | |

CERTIFICATE OF SERVICE

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Request for Admissions and Request for Production of Documents upon the following individuals listed below, by electronic means and/or first class mail on 5/25/2021.

Richard Persinger, President
Cadles of West Virgini,
D/B/A The Cadle Company
100 North Center Street
Newton Falls, OH 44444

ATTN: Aaron Spahlinger, Account Officer
Cadles of West Virginia,
D/B/A The Cadle Company
100 North Center Street
Newton Falls, OH 44444


**ALL ATTORNEYS OF RECORD**

**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

    Respectfully Submitted,
    /s/ Michelle Lee
    Michelle Lee, Esquire
    Margolis Edelstein
    170 S Independence Mall W
    Philadelphia, PA 19106