IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SHEILA MUHAMMAD, | : | CHAPTER 13 |
|  | : |  |
| DEBTOR(S). | : | CASE NO.: 20-13931-mdc |
|  | : |  |
|  | : |  |

**PROPOSED ORDER**

And Now, this ___June 29, 2021___, having heard Debtor's Objection to Cadles of West Virginia's Proof of Claim No. 4 and any Response in Opposition thereto, it is hereby ORDERED that the Objection to Proof of Claim no. 4 is SUSTAINED.

This Court has determined that Cadles of West Virginia's security interest is no longer perfected and that Cadles of West Virginia's lien no longer exists. Accordingly, the secured portion of Proof of Claim No. 4 shall be treated as unsecured.

It is further ORDERED that Debtor has permission to obtain title from the Pennsylvania Department of Revenue.

Dated: _____

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge