IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:

| | |
|---|---|
| Sheila Muhammad <br><br> Debtor(s) | Case No. 20-13931 <br><br> Chapter 13 |
| Sheila Muhammad <br><br>  Movant <br><br> vs. <br><br> US Bank Trust National Association, not in its Individual capacity, but solely as Trustee of LSFP9 Master Participation Trust <br><br> Respondent(s) | |

ORDER

AND NOW, this 25th day of January 2022, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge