United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-13931-mdc

Sheila Muhammad  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Mar 17, 2022     Form ID: 155     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Muhammad, 7109 Phoebe Place, Philadelphia, PA 19153-3009 |
| 14546262 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14546264 | + | Bhcu, 501 Industrial Hwy, Ridley Park, PA 19078-1139 |
| 14546268 | + | City of Philadelphia, Department of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14546270 | | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |
| 14603073 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14603429 | + | Fay Servicing, LLC, c/o Melissa Licker, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14546277 | + | Pam Thurmond, Esq, City of Philadelphia, 1401 JFK Blv 5th floor, Philadelphia, PA 19102-1617 |
| 14546278 | + | Philadelphia Gas Works, 800 Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14546281 | + | Santander Bk, Po Box 841002, Boston, MA 02284-1002 |
| 14546282 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14546283 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14605588 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14605553 | + | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14605741 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14546288 | | Wfb Cd Svc, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14557740 | | Email/Text: bnc@atlasacq.com | Mar 17 2022 23:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14546261 | + | Email/Text: bankruptcy@acimacredit.com | Mar 17 2022 23:48:00 | Acima Credit Fka Simpl, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14546267 | | Email/Text: megan.harper@phila.gov | Mar 17 2022 23:48:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14575725 | | Email/Text: megan.harper@phila.gov | Mar 17 2022 23:48:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14546269 | | Email/Text: megan.harper@phila.gov | Mar 17 2022 23:48:00 | City of Philadelphia Law Department, Tax and Revenue Unit, 1401 JFK Boulevard, Philadelphia, PA 19102 |
| 14558718 | | Email/Text: megan.harper@phila.gov | Mar 17 2022 23:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14546286 | | Email/Text: megan.harper@phila.gov | Mar 17 2022 23:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Deppartment, Tax and Revenue Unit, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14546265 | + | Email/Text: gocadle@cadleco.com | Mar 17 2022 23:48:00 | Cadles of West Virginia LLC, ATN: 0A350570, |

Case 20-13931-mdc   Doc 98   Filed 03/19/22   Entered 03/20/22 00:27:51   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: 155 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 100 N. Center St, Newton Falls, OH 44444-1321 |
| 14558682 | + | Email/Text: gocadle@cadleco.com | Mar 17 2022 23:48:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14546266 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 23:56:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14546271 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 17 2022 23:48:00 | Education Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14561496 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 17 2022 23:48:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14546272 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 17 2022 23:56:56 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14546273 | + | Email/Text: rachael@forgecu.org | Mar 17 2022 23:48:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14546274 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 17 2022 23:48:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14546275 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 23:56:47 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14547955 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 23:56:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14546276 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 17 2022 23:48:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14546280 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2022 23:48:00 | Premier Bankcard, LLC, Jefferson Capilat Systems, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 14558146 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2022 23:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14546284 | | Email/Text: bankruptcy@uscbcorporation.com | Mar 17 2022 23:48:00 | Uscb Corporation, Po Box 75, Archbald, PA 18403 |
| 14546285 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2022 23:48:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14546287 | + | Email/Text: megan.harper@phila.gov | Mar 17 2022 23:48:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14546263 | + | Email/Text: bnc@atlasacq.com | Mar 17 2022 23:48:00 | atlas acquisition, 294 union st, Hackensack, NJ 07601-4303 |
| 14546279 | + | Email/Text: bankruptcy@philapark.org | Mar 17 2022 23:48:00 | philadelphia parking authority, 701 Market St, Suite 5400, Philadelphia, PA 19106-2895 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14558185 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14565081 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2022                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| GEORGETTE MILLER | on behalf of Debtor Sheila Muhammad Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sheila Muhammad
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13931−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 17th of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Magdeline D. Coleman
                                    Chief Judge ,
                                    United States Bankruptcy Court