United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-13931-mdc
Sheila Muhammad Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Aug 11, 2022     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Muhammad, 7109 Phoebe Place, Philadelphia, PA 19153-3009 |
| 14546262 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14546264 | + | Bhcu, 501 Industrial Hwy, Ridley Park, PA 19078-1139 |
| 14546268 | + | City of Philadelphia, Department of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14546270 | | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |
| 14603073 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14603429 | + | Fay Servicing, LLC, c/o Melissa Licker, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14546277 | + | Pam Thurmond, Esq, City of Philadelphia, 1401 JFK Blv 5th floor, Philadelphia, PA 19102-1617 |
| 14546278 | + | Philadelphia Gas Works, 800 Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14546281 | + | Santander Bk, Po Box 841002, Boston, MA 02284-1002 |
| 14546282 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14546283 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14605553 | + | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14605741 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14546288 | | Wfb Cd Svc, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: gocadle@cadleco.com | Aug 11 2022 23:52:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444, UNITED STATES 44444-1321 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:17 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14557740 | | Email/Text: bnc@atlasacq.com | Aug 11 2022 23:52:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14546261 | + | Email/Text: bankruptcy@acimacredit.com | Aug 11 2022 23:52:00 | Acima Credit Fka Simpl, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14546267 | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14575725 | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 |

Case 20-13931-mdc    Doc 109    Filed 08/13/22    Entered 08/14/22 00:26:44    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14546269 | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia Law Department, Tax and Revenue Unit, 1401 JFK Boulevard, Philadelphia, PA 19102 |
| 14546286 | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Deppartment, Tax and Revenue Unit, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14558718 | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14546265 | + | Email/Text: gocadle@cadleco.com | Aug 11 2022 23:52:00 | Cadles of West Virginia LLC, ATN: 0A350570, 100 N. Center St, Newton Falls, OH 44444-1321 |
| 14558682 | + | Email/Text: gocadle@cadleco.com | Aug 11 2022 23:52:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14546266 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:12 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14546271 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 11 2022 23:52:00 | Education Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14561496 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 11 2022 23:52:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14546272 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 11 2022 23:56:17 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14546273 | + | Email/Text: rachael@forgecu.org | Aug 11 2022 23:52:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14546274 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 11 2022 23:52:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14546275 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:09 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14547955 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14546276 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 11 2022 23:52:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14546280 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2022 23:52:00 | Premier Bankcard, LLC, Jefferson Capilat Systems, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 14558146 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2022 23:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14605588 | ^ | MEBN | Aug 11 2022 23:50:33 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14546284 | | Email/Text: bankruptcy@uscbcorporation.com | Aug 11 2022 23:52:00 | Uscb Corporation, Po Box 75, Archbald, PA 18403 |
| 14546285 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 11 2022 23:52:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14546287 | + | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14546263 | + | Email/Text: bnc@atlasacq.com | Aug 11 2022 23:52:00 | atlas acquisition, 294 union st, Hackensack, NJ 07601-4303 |
| 14546279 | + | Email/Text: bankruptcy@philapark.org | Aug 11 2022 23:52:00 | philadelphia parking authority, 701 Market St, Suite 5400, Philadelphia, PA 19106-2895 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 45 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14558185 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14565081 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Sheila Muhammad Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SHEILA MUHAMMAD,** : **CHAPTER 13**
:
**DEBTOR(S).** : **CASE NO.: 20-13931-MDC**

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

    1.    This chapter 13 bankruptcy case is **DISMISSED**.

    2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

    3.    Any wage orders previously entered are **VACATED**.

    4.    Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

    5.    All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

    6.    Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

{00326636;v1}

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  August 11, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

{00326636;v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA MUHAMMAD, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-13931-MDC |

### CERTIFICATION OF SERVICE

Michelle Lee, being duly sworn according to law, served the order reserving jurisdiction upon the following individuals listed below, by electronic means and/or first-class mail.

Kenneth E. West,
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, Pa 19107

Sheila Muhammad
7109 Phoebe Place
Philadelphia, PA 19153

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**

**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

Respectfully Submitted,

Date: 7/27/2022         /s/ Michelle Lee
                        Michelle Lee, Esq.
                        Margolis Edelstein
                        The Curtis Center
                        170 S. Independence Mall W
                        Suite 400
                        Philadelphia, PA 19106

{00326636;v1}