**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sheila Muhammad                     CHAPTER 13

DEBTOR(S)                                   BANKRUPTCY NO: 20-13931

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on <u>August 2, 2022</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated:  August 22, 2022

                                                      Margolis Edelstein
                                                      100 Century Parkway, Suite 200
                                                      Mt. Laurel, NJ 08054