United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13931-mdc |
| Sheila Muhammad | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheila Muhammad, 7109 Phoebe Place, Philadelphia, PA 19153-3009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 02, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Sheila Muhammad bky@dilworthlaw.com Miller.GeorgetteR93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Sheila Muhammad, | : | |
|         Debtor. | : | Bankruptcy No. 20-13931-MDC |

# **O R D E R**

**AND NOW**, pursuant to the Application for Compensation (the "Application")[1] filed by Margolis Edelstein (the "Applicant"), counsel to Sheila Muhammad (the "Debtor"), the Applicant requests the allowance of compensation in the amount of $10,504.00 and reimbursement of expenses in the amount of $846.00.

**AND**, the Applicant was previously paid $350.00 by the Debtor (the "Pre-Paid Amount").

**AND**, attached to the Application is a Disclosure of Compensation Pursuant to F.R.B.P. 2016(b) (the "2016(b) Statement") disclosing that the Applicant agreed to accept $9,350.00 for its services to the Debtor, with the Pre-Paid Amount having already been paid.

**AND**, attached to the Application are the Applicant's time records reflecting all services performed in connection with the Applicant's representation of the Debtor, without indicating whether any such services were not included in the fee reflected in the 2016(b) Statement.

**AND**, the Applicant filed a certification that proper service has been made on all interested parties.

**AND**, the Applicant filed a certification of no response.

**AND**, the Court of Appeals has held that the bankruptcy court "has a duty to review fee applications, notwithstanding the absence of objections by the United States Trustee . . .,

---

[1] Bankr. Docket No. 105.

creditors, or any other interested party, a duty which . . . derives from the court's inherent obligation to monitor the debtor's estate and to serve the public interest." *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 841 (3d Cir. 1994) (emphasis in original).

It is hereby **ORDERED** that:

1. The Application is **GRANTED IN PART** and **DENIED IN PART**.

2. Consistent with the 2016(b) Statement, compensation is allowed in favor of the Applicant in the total amount of $9,350.00 (the "Allowed Compensation"), and reimbursable expenses are allowed in favor of the Applicant in the amount of $846.00 (the "Allowed Expenses"). *See* L.B.R. 2016-1(f) (governing procedure for disposition of fee applications without a hearing). The balance of the fees sought, in the amount of $1,154.00, are disallowed as inconsistent with the 2016(b) Statement.

3. The Trustee is authorized to distribute to the Applicant the Allowed Compensation and the Allowed Expense, less the Pre-Paid Amount, as an administrative expense pursuant to 11 U.S.C. §§330, 331, 503(b).

Dated: September 30, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Georgette Miller, Esquire
Margolis Edelstein
The Curtis Center, Suite 400
170 S. Independence Mall W
Philadelphia, PA 19106

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107